Attaway McKinnon, Plaintiff in Error, v. Western Union Telegraph Company, a corporation, Defendant in Error.

#### Division A.

Writ of error to Circuit Court, Jackson county; Lucius J. Reeves, Judge.

D. L. McKinnon for plaintiff in error.

John E. Hartridge for defendant in error.

' This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*